USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/27/11__



**HAVKINS
ROSENFELD
RITZERT &
VARRIALE, LLP**

COUNSELORS AT LAW



**MEMO ENDORSED**

Carmen A. Nicolaou
Direct Dial: (914) 682-6889
Email: Carmen.Nicolaou@hrrvlaw.com

Reply to White Plains Office

July 25, 2011

**VIA FACSIMILE (212-805-6326)**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Carver and Moore v. CFR2, LLC et al
     Docket No.: 1:11-cv-03738-CM
     Our File No.: 10190-0103

Dear Judge McMahon:

   We represent the defendants in the above-referenced action in which the plaintiffs seek to act as representatives for both a collection action, and a class action, with respect to alleged employment practices. This letter is provided in connection with this Court's Order of July 22, 2011, in which the defendants were advised to inform the Court as to whether they would be opposing the plaintiffs' request to conditionally certify this case as a collective action.

   We have conferred with our clients, and they will not be opposing the plaintiffs' request to conditionally certify this case as a collective action.

   In addition, the parties have consented to exchange some document discovery and participate in a non-binding mediation in an attempt to resolve this matter early in the litigation. Unfortunately, the parties have been unable to find a mutually convenient time to hold this mediation until the first or second week of November. As such, the parties jointly request that

01650445.DOC /

1065 Avenue of the Americas ■ Suite 800 ■ New York, New York 10018
212-488-1598 ■ 212-564-0203 Facsimile

114 Old Country Road ■ Suite 300 ■ Mineola, New York 11501
516-620-1700 ■ 516-746-0833 Facsimile

50 Main Street ■ 10th Floor ■ White Plains, New York 10606
914-682-2636 ■ 914-560-2245 Facsimile

www.hrrvlaw.com



Honorable Colleen McMahon
United States District Court
July 25, 2011
Page 2

the Court extend the deadlines set forth in its July 22, 2011 Order for 120 days, to allow the parties to attempt such a resolution.

Thank you in advance for your consideration.

Respectfully,

Carmen A. Nicolaou

CAN/ma
cc: Fitapelli & Schaeffer (**via electronic mail**)